UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
WARD, RONALD DAVID
WARD, LISA LYNN

§
§
§
§
§
§  Case No. 03-15066-m7

## SUPPLEMENTAL FINAL REPORT OF TRUSTEE

The trustee reports that the trustee in this case has fully complied with all prior orders in this case; that all checks have been issued and mailed to creditors at their last known address and have been paid by the depository bank.

All checks have been presented to the depository. All checks paid through the depository are retained by the trustee. Unclaimed funds, if any, have been paid into the Clerk of the Bankruptcy Court and the claimant(s) name(s), address(es) and amount(s) are attached hereto and marked Exhibit "A". The trustee has accounted for all funds as noted on the attached Supplemental Bankruptcy Closing Report.

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, I request that this final account be accepted, and that the Court order the case closed and discharge me of any further duties.

DATED: July 23, 2008

/s/submitted electronically
ROBERT L. FINCH
Trustee in Bankruptcy
555 EAST MAIN STREET
FARMINGTON, NM  87401-0000
(505) 325-2029

# REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Account and Motion for Closing and Discharge.

           United States Trustee

           By: /s/submitted via e-mail_07/23/08
           ALICE N. PAGE, Trial Attorney

# SUPPLEMENTAL BANKRUPTCY CLOSING REPORT
*(USBC-NM Interim Replacement for Form B100BX)*

**Case Name and Number:** WARD (03-15066-m7)

**Trustee:** ROBERT L. FINCH       **Date of Report:** _____

***Instructions:*** Complete this form and attach it to the supplemental final report.

| | |
|---|---|
| Gross Receipts | 10,128.13 |
| Total Trustee Compensation | 1,762.81 |
| Trustee Attorney Fees | 2,140.00 |
| Debtor Attorney Fees and Expenses | _____ |
| Other Professional Fees and Expenses | 666.47 |
| Total Awarded Expenses | 4,569.28 |
| Secured Distributions | _____ |
| Priority Distributions | _____ |
| Unsecured Distributions | 5,558.85 |
| Equity Security Distributions | _____ |
| Other Payments | _____ |
| Total Distributions | 10,128.13 |

*USBC-NM August 9, 2007*