Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmcourt.fed.us

Case No.:   03−15066−m7
Chapter:  7
Judge:  Mark B. McFeeley
Judge/341 Location:  MF

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Ronald David Ward
  aka Agency West
  dba Juko Construction, Co.
  dba Four Corners Insurance Co., Inc.
14466 W. 140th Terrace
Olathe, KS 66062
SSN/ITIN(if any):  xxx−xx−8681

Lisa Lynn Ward
14466 W. 140th Terrace
Olathe, KS 20001
SSN/ITIN(if any): xxx−xx−1932

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Robert L. Finch is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

Mark B. McFeeley
United States Bankruptcy Judge

On the date shown on the associated Notice of Electronic Filing, a copy of this document was (1) electronically mailed to the persons so identified on this document's notice of electronic filing, (2) electronically transmitted to the Bankruptcy Noticing Center for service on filers associated with this case who are not registered for electronic filing as will be reflected on the BNC's certificate of mailing and (3) sent via first class mail, postage prepaid, to any person indicated here, at the address shown.

nm_finaldecree.jsp